# Order

Michigan Supreme Court
Lansing, Michigan

June 10, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149294(62)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                SC:  149294
                                                COA:  313758
                                                Wayne CC:  12-006550-FH

MICHAEL VERN VILLNEFF,
      Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's September 5, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2015



Clerk

d0603